1  VINCENT K. YIP (SB# 170665)
   vincentyip@paulhastings.com
2  PETER J. WIED (SB# 198475)
   peterwied@paulhastings.com
3  HUA CHEN (SB# 241831)
   huachen@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
6  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
7
   Attorneys for Defendants
8  QUANTA COMPUTER, INC., QUANTA STORAGE, INC.
   QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC.
9
   And for Third-Party Plaintiff
10 QUANTA STORAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC., <br><br> Defendants. <br><br> QUANTA STORAGE, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> PHILIPS TAIWAN, LTD., BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE, <br><br> Third-Party Defendants. | CASE NO. C 06 4222 WHA <br><br> [PROPOSED ORDER] REGARDING QUANTA STORAGE INC.'S MOTION FOR ADMINISTRATIVE RELIEF |

Case No. C 06 4222 WHA

PROPOSED ORDER RE QSI'S MAR

ORDER

The Court having considered QSI's Motion for Administrative Relief and supporting papers, the parties' stipulation, and for good cause shown:

IT IS SO ORDERED that QSI's Motion for Administrative Relief is hereby GRANTED, and the Clerk shall dispatch, via mail requiring a signed receipt, copies of the third-party Summons together with QSI's third-party Complaint (attached hereto as Exhibit A) to

> Mr. Joseph Chuang
> Philips Taiwan, Ltd.
> 6F, No. 3-1, Yuan Qu St., Nan Gang District
> Taipei 115, Taiwan

AND

> Mr. Joseph Chuang
> Business Line Data, Philips Optical Storage
> 6F, No. 3-1, Yuan Qu St., Nan Gang District
> Taipei 115, Taiwan

QSI shall pay any postage required.

DATED: November __14__, 2006

_____
United States District Judge
William Alsup

*IT IS SO ORDERED / Judge William Alsup* (seal)

-2-   PROPOSED ORDER RE QSI'S MAR
Case No. C 06 4222 WHA

# Exhibit A

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

PLAINTIFF
VICTOR COMPANY OF JAPAN, LTD.,

V. DEFENDANTS
QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC.

AND THIRD PARTY PLAINTIFF

QUANTA STORAGE, INC.

V. THIRD PARTY DEFENDANTS
PHILIPS TAIWAN, LTD., BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: C 06 4222 WHA

To: Name and address of Third Party Defendants
PHILIPS TAIWAN, LTD., 6F, No. 3-1, Yuan Qu St., Nan Gang District, Taipei 115, Taiwan, R.O.C.
BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE, 6F, No. 3-1, Yuan Qu St., Nan Gang District, Taipei 115, Taiwan, R.O.C.

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Jeffrey G. Homrig<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>U.S.A. | Peter J. Wied<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>U.S.A. |

an answer to the third-party complaint which is served on you with this summons, within ___twenty (20)___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiffs complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK    SUSAN IMBRIANI

DATE    NOV - 6 2006

(By) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

1  VINCENT K. YIP (SB# 170665)
   vincentyip@paulhastings.com
2  PETER J. WIED (SB# 198475)
   peterwied@paulhastings.com
3  HUA CHEN (SB# 241831)
   huachen@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   Attorneys for Defendants
8  QUANTA COMPUTER, INC., QUANTA STORAGE, INC.
   QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC.
9
   And for Third-Party Plaintiff
10 QUANTA STORAGE, INC.

11                          UNITED STATES DISTRICT COURT
12                         NORTHERN DISTRICT OF CALIFORNIA
13                              SAN FRANCISCO DIVISION
14

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC., <br><br> Defendants. | CASE NO. C 06 4222 WHA <br><br> **THIRD-PARTY COMPLAINT FOR INDEMNIFICATION** |
| QUANTA STORAGE, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> PHILIPS TAIWAN, LTD., BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE <br><br> Third-Party Defendants. | |

Case No. C 06 4222 WHA

THIRD-PARTY COMPLAINT

Quanta Storage, Inc. ("QSI"), the above-named defendant and third-party plaintiff, for a third-party complaint against Philips Taiwan, Ltd. ("Philips Taiwan") and Business Line Data, Philips Optical Storage ("POS-BL Data"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action by QSI against third-party defendants Philips Taiwan and POS-BL Data for indemnification against claims of infringement of U.S. Patent Nos. 5,535,008, 5,682,115, and 6,141,491 (collectively the "Patents-at-Issue") asserted in this civil action against QSI by Plaintiff Victor Company of Japan, Ltd. ("JVC").

**THE PARTIES**

2. QSI is a corporation organized and existing under the laws of Taiwan with its principal place of business in Tao Yuan Shien, Taiwan.

3. Philips Taiwan is a corporation organized and existing under the laws of Taiwan with its principal place of business in Taipei, Taiwan. Upon information and belief, Philips Taiwan is a manufacturer and importer/exporter of semiconductor devices, computer components and peripherals, and other electronic products.

4. Upon information and belief, POS-BL Data is a company organized and existing under the laws of Taiwan with its principal place of business in Taipei, Taiwan.

**JURISDICTION AND VENUE**

5. This Court has supplemental jurisdiction over this action pursuant to 28 U.S.C. Section 1367(a) in that the claims against the third-party defendants are so related to the subject matter of the plaintiff's claim against third-party plaintiff that they form part of the same case or controversy.

6. Upon information and belief, Philips Taiwan conducts business in the state of California by making and selling products to customers in California. This Court therefore has personal jurisdiction over Philips Taiwan.

7. Upon information and belief, POS-BL Data conducts business in the state

of California by making and selling products to customers in California. This Court therefore has personal jurisdiction over POS-BL Data.

8. Venue is proper in this judicial district under 28 U.S.C. section 1391.

## GENERAL ALLEGATIONS

9. Plaintiff JVC commenced in this District a patent infringement action against QSI and other defendants referenced above on or about July 10, 2006. JVC presently alleges QSI and other defendants make, use, sell, or offer to sell, and/or import into the state of California, certain products that infringe on the Patents-at-Issue. A copy of JVC's Amended Complaint for Patent Infringement (the "Amended Complaint"), showing the basis of its claims against QSI and other defendants, is attached as Appendix I, and incorporated by reference.

10. Upon information and belief, Philips Taiwan is obligated, under agreements executed between Philips Taiwan and QSI, to defend the infringement claims arising under the Patents-at-Issue and to indemnify QSI for all or a part of the costs, damages and fees QSI incurs in this action.

11. Upon information and belief, POS-BL Data is obligated, under agreements executed between POS-BL Data and QSI, to defend the infringement claims arising under the Patents-at-Issue and to indemnify QSI for all or a part of the costs, damages and fees QSI incurs in this action.

## CLAIM ONE

### (For Declaratory Relief)

12. QSI realleges and incorporates by reference the allegations contained in paragraph 1 through 11, as though fully set forth herein.

13. An actual controversy has arisen and now exists between QSI and Philips Taiwan, in that:

(a) Whether as between QSI and Philips Taiwan, responsibility for the damages, if any, claimed by JVC in the Amended Complaint rests entirely or in part on Philips Taiwan; and

(b) Whether as a result, Philips Taiwan is obligated to defend and partially or fully

1 indemnify QSI for any sums that it may be compelled to pay as a result of any damages, by judgment or other recovery by JVC against QSI, and for reasonable attorneys' fees incurred by QSI in defending against JVC's allegations and in connection with QSI's counterclaims against JVC.

14. An actual controversy has arisen and now exists between QSI and POS-BL Data, in that:

(a) Whether as between QSI and POS-BL Data, responsibility for the damages, if any, claimed by JVC in the Amended Complaint rests entirely or in part on Philips Taiwan; and

(b) Whether as a result, POS-BL Data is obligated to defend and partially or fully indemnify QSI for any sums that it may be compelled to pay as a result of any damages, by judgment or other recovery by JVC against QSI, and for reasonable attorneys' fees incurred by QSI in defending against JVC's allegations and in connection with QSI's counterclaims against JVC.

15. QSI seeks a judicial determination and declaration that third-party defendants Philips Taiwan or POS-BL Data, or both, is required to defend QSI, and to indemnify QSI for damages, costs and fees reasonably incurred in this action.

### CLAIM TWO
### (For Equitable Indemnity)

16. QSI realleges and incorporates by reference paragraphs 1 through 15, as though fully set forth herein.

17. Philips Taiwan or POS-BL Data, or both, is responsible for any liability resulting from this action if QSI is found liable to JVC for patent infringement. Therefore, QSI is entitled to indemnification from either Philips Taiwan or POS-BL Data, or both, for any liabilities QSI incurs, including reasonable attorneys' fees, if QSI is required to pay JVC, by settlement, by judgment or pursuant to any other damage award against QSI.

**PRAYER FOR RELIEF**

WHEREFORE, QSI prays judgment as follows:

1. For a judicial determination of Philips Taiwan and POS-BL Data's responsibility and liability for the damages alleged by JVC, if any are found to exist;

2. For a declaration that Philips Taiwan, or POS-BL Data, or both, shall defend QSI, and if QSI is required to pay any damages to JVC, Philips Taiwan or POS-BL Data, or both, is liable to indemnify QSI in whole or in part for any sums resulting from settlement, judgment, or other awards.

3. For costs of suit, including reasonable attorneys' fees incurred in defending and counterclaiming against JVC in the action for patent infringement;

4. For costs of suit, including reasonable attorneys' fees incurred in bringing and prosecuting this third-party action; and

5. For such other and further relief as the Court may deem just and proper.

DATED: November 6, 2006

VINCENT K. YIP
PETER J. WIED
HUA CHEN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
VINCENT K. YIP

Attorneys for Defendants
QUANTA COMPUTER, INC.
QUANTA STORAGE, INC.
QUANTA COMPUTER USA, INC.
QUANTA STORAGE AMERICA, INC.

And Third-Party Plaintiff,
QUANTA STORAGE, INC.

-5-  THIRD-PARTY COMPLAINT
Case No. C 06 4222 WHA