IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR COMPANY OF JAPAN, LTD.,

    Plaintiff,

  v.

QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC.,

    Defendants

QUANTA STORAGE, INC.,

    Third-Party Plaintiff,

  v.

PHILIPS TAIWAN, LTD., BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE,

    Third-Party Defendants.

No. C 06-04222 WHA

**ORDER DENYING EX PARTE APPLICATION FOR EXTENSION OF TIME FOR INITIAL CASE MANAGEMENT CONFERENCE**

The Court **DENIES** defendants and third-party plaintiffs' request to continue the case management conference to January 18, 2007. Trial counsel shall please attend the case management conference set for **NOVEMBER 16, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 14, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE