UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, Ltd., <br><br> Plaintiff(s), <br><br> v. <br><br> QUANTA COMPUTER, INC., et al., <br><br> Defendant(s). | No. C06-4222 WHA (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Wednesday, December 6, 2006 at 2:00 p.m.** to discuss the settlement process. Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.** In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at: **www.cand.uscourts.gov**

Dated: November 30, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\VICTOR.SETT.CONF.STAT.CONF.ORDER.PATENT.CASE.wpd

1