MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff Victor Company of Japan, Ltd.

VINCENT K. YIP (SB# 170665)
vincentyip@paulhastings.com
PETER J. WIED (SB# 198475)
peterwied@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants Quanta Computer, Inc., Quanta Storage, Inc., Quanta Computer USA, Inc., Quanta Storage America, Inc. and Third-Party Plaintiff Quanta Storage Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC., <br><br> Defendants. | CASE NO. C 06 4222 WHA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE: SCHEDULE FOR CLAIM CONSTRUCTION** <br><br> Judge: Hon. William H. Alsup <br> Place: Courtroom 9 |
| QUANTA STORAGE, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> PHILIPS TAIWAN, LTD., BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE, <br><br> Third-Party Defendants. | |

Case No. C 06 4222 WHA

STIPULATION AND PROPOSED ORDER RE:
SCHEDULE FOR CLAIM CONSTRUCTION

| | |
|---|---|
| 1 | Pursuant to the Court's Case Management Order and Reference to Magistrate |
| 2 | Judge for Settlement/Mediation [Docket #40], Plaintiff Victor Company of Japan, Ltd. ("JVC"), |
| 3 | Defendants Quanta Computer, Inc. and Quanta Computer USA, Inc. ("Quanta Computer"), and |
| 4 | Defendants Quanta Storage, Inc. and Quanta Storage America, Inc. ("Quanta Storage") stipulate |
| 5 | as follows and jointly submit this Proposed Order regarding the schedule for claim construction. |
| 6 | WHEREAS, on November 16, 2006, the Court ordered the parties to submit a |
| 7 | proposed order re schedule for claim construction by November 30, 2006; |
| 8 | WHEREAS, the parties have met and conferred and have agreed on the following |
| 9 | schedule for claim construction; |
| 10 | WHEREAS, the proposed dates remain contingent upon JVC counsel being |
| 11 | available on the scheduled claim construction hearing date and subject to the parties' abilities to |
| 12 | request a re-scheduling of the claim construction if JVC counsel's trial obligations remain |
| 13 | scheduled for May 21, 2007, in which case the parties will meet and confer about alternative |
| 14 | dates subject to the Court's availability; |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by |
| 16 | and between the parties, through their respective counsel of record, that the following schedule |
| 17 | for claim construction be adopted. |

| Event | Proposed Date |
|---|---|
| Parties exchange no more than 6 phrases for claim construction pursuant to ¶ 5 of the Court's Case Management Order | March 14, 2007 |
| Parties exchange proposed constructions | March 28, 2007 |
| Parties file a Joint Claim Construction Statement pursuant to Patent Local Rule 4-3 | April 11, 2007 |
| JVC files its opening claim construction brief | April 18, 2007 |
| Quanta Computer and Quanta Storage files their responsive claim construction brief | May 2, 2007 |
| JVC files its reply claim construction brief | May 9, 2007 |

| Tutorial (as specified in ¶ 5 of Court's Case Management Order) | May 9, 2007 at 1:30 p.m. |
|---|---|
| Claim Construction Hearing | May 23, 2007 at 1:30 p.m. |

Respectfully submitted and requested by:

Dated: November 30, 2006                              WEIL, GOTSHAL & MANGES LLP


                                              */s/ Jeffrey G. Homrig*
                                            Jeffrey G. Homrig
                                            Attorneys for Plaintiff
                                            VICTOR COMPANY OF JAPAN, LTD.


Dated: November 30, 2006                              PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                              /s/ *Peter J. Wied*
                                            Peter J. Wied
                                            Attorneys for Defendants
                                            QUANTA COMPUTER, INC.
                                            QUANTA STORAGE, INC.
                                            QUANTA COMPUTER USA, INC.
                                            QUANTA STORAGE AMERICA, INC

       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: November 30, 2006                              */s/ Jeffrey G. Homrig*
                                              Jeffrey G. Homrig

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 4, 2006

_____
Hon. William H. Alsup
United States District Court Judge