UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, Ltd.,<br><br>            Plaintiff(s),<br><br>     v.<br><br>QUANTA COMPUTER, INC., et al.,<br><br>            Defendant(s).<br><br>QUANTA STORAGE, INC.,<br><br>     Third-Party Plaintiff,<br><br>     v.<br><br>PHILIPS TAIWAN, LTD, BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE,<br><br>     Third-Party Defendants. | No. C06-4222 WHA (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONE CONFERENCE** |

   **IT IS HEREBY ORDERED** that a telephone conference is scheduled for **Tuesday, February 27, 2007 at 2:30 p.m.** to discuss the progress of the settlement discussions between the parties.  Counsel for Quanta shall get counsel for both other parties on the line and call chambers at **415-522-4093**.  Prior to the conference, the court expects the parties to have

1

1  followed the various instructions given during yesterday's
2  conference.
3  Dated: February 13, 2007

4  _____
5  Bernard Zimmerman
   United States Magistrate Judge

6  G:\BZALL\-REFS\REFS.07\VICTOR.TEL.CONF.ORDER.wpd

2