IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC.,<br><br>Defendants.<br>_____ /<br><br>QUANTA STORAGE, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>PHILIPS TAIWAN, LTD., BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE,<br><br>Third-Party Defendant.<br>_____ / | No. C 06-04222 WHA<br><br>**REQUEST RE CLAIM-<br>CONSTRUCTION HEARING** |

For the claim-construction hearing, the Court would like to see a young lawyer with four or fewer years of experience argue half of each side's presentation, meaning half of the issues presented, not half of each issue. This is a request, not an order. It is for the purpose of helping train our next generation of trial lawyers.

**IT IS SO ORDERED.**

Dated: March 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE