UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR COMPANY OF JAPAN,
Ltd.,
            Plaintiff(s),

    v.

QUANTA COMPUTER, INC., et
al.,

         Defendant(s).
_____

QUANTA STORAGE, INC.,

    Third-Party Plaintiff,

    v.

PHILIPS TAIWAN, LTD,
BUSINESS LINE DATA, PHILIPS
OPTICAL STORAGE,

    Third-Party Defendants.
_____

No. C06-4222 WHA (BZ)

**ORDER SCHEDULING FURTHER
SETTLEMENT CONFERENCE**

    Following a telephonic conference this morning at which Victor and Quanta were represented by counsel, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **April 6, 2007 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff shall attend with counsel and one or both of

1

1   Mr. Endo and Mr. Goto.  Quanta shall attend with counsel and

2   with a representative of Quanta who has full authority to

3   negotiate a settlement as the term **full authority** is defined

4   in the Settlement Conference Order.  The court is concerned

5   that the representatives who appeared at the last hearing

6   lacked such authority since they frequently indicated that

7   they would have to clear positions with people in Taiwan.  A

8   representative of Quanta who does not need to clear any

9   negotiating position with anyone in Taiwan must attend.

10  Dated: March 30, 2007

11  _____
                    Bernard Zimmerman
12              United States Magistrate Judge

13  G:\BZALL\-REFS\REFS.07\VICTOR.TEL.FURTHER.SC.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28