[ALL COUNSEL IDENTIFIED ON SIGNATURE PAGES]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC., <br><br> Defendants. <br><br> QUANTA STORAGE, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> PHILIPS TAIWAN, LTD., BUSINESS LINE DATA PHILIPS OPTICAL STORAGE, <br><br> Third-Party Defendants. | Case No. C-06-4222 WHA <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING QUANTA'S THIRD PARTY COMPLAINT AND THE THIRD-PARTY DEFENDANTS' COUNTERCLAIM AND CROSSCLAIMS |

Plaintiff Victor Company of Japan ("JVC") has accused Defendants Quanta Storage, Inc., Quanta Storage America (collectively, "Quanta"), and Quanta Computer, Inc.,

Stipulation and [Proposed] Order Dismissing Quanta's Third-Party Complaint and The Third-Party Defendants' Counterclaim and Crossclaims

SV1:\268848\01\5RG001!.DOC\79085.0046

CASE NO. C-06-4222 WHA
SV1:\268848\01\5RG001!.DOC\79085.0046

Quanta Computer USA, Inc.("collectively, "QCI") of infringing United States Patent Nos. 5,535,008, 5,862,115, and 6,141,491 (the "patents-in-suit").

Quanta filed a third-party complaint against Third-Party Defendants Philips Taiwan, Ltd. and Business Line Data Philips Optical Storage (collectively "Philips") asserting that Philips was bound to defend and indemnify Quanta for liabilities arising out of JVC's infringement claims against Quanta.

Philips filed counterclaims against Quanta and cross-claims against JVC.

JVC has agreed to forego any claim for damages for past infringement of the patents-in-suit based upon sales of DVD optical disc drives by Quanta to Philips and has agreed to forego any claims for future damages or royalties based upon such sales to Philips as long as Philips remains licensed for such DVD optical disc drives under the patents-in-suit.

Based upon that agreement, the parties hereby stipulate and agree as follows:

1. Quanta's Third Party Complaint for Indemnification against Philips, including all claims relating to U.S. Patent Nos. 5,535,008, 5,862,115, and 6,141,491, and any other claims arising from the facts stated therein, is dismissed without prejudice as to its claims of duty to defend and with prejudice as to all other claims pursuant to Federal Rule of Civil Procedure 41(a)(1). This Stipulation and Order shall not affect any license defense or claim for indemnification that QCI may have regarding purchases of Philips optical disc drives by QCI.

2. Philips' Answer and Counterclaim to Third-Party Complaint for Indemnification and Cross-claims to Plaintiff JVC, including all claims relating to U.S. Patent Nos. 5,535,008, 5,862,115, and 6,141,491, and any other claims arising from the alleged infringement of these patents and indemnification rights, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Such dismissal will not limit, however, Philips' ability to assert invalidity, unenforceability, non-infringement and other defenses, claims and counterclaims, in response to an assertion of infringement of the patents in suit.

3. With respect to these claims, counterclaims, and cross claims dismissed with prejudice, Quanta, QCI, Philips, and JVC shall each bear its own costs of suit and attorneys'

Stipulation and [Proposed] Order Dismissing Quanta's Third-Party Complaint and The Third-Party Defendants' Counterclaim and Crossclaimss

2

CASE NO. C-06-4222 WHA
SV1:\268848\01\5RG001!.DOC\79085.0046

fees and no party is considered the "prevailing party" within the meaning of Rule 54(d) of the Federal Rules of Civil Procedure.

4. This Stipulation shall be made an Order of the Court.

Dated: APRIL 10, 2007

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff,
VICTOR COMPANY OF JAPAN, LTD.

By: _____
Christopher J. Cox
Attorney for Plaintiff,
Victor Company Of Japan, Ltd.

Stipulation and [Proposed] Order Dismissing Quanta's Third-Party Complaint and The Third-Party Defendants' Counterclaim and Crossclaimss

3

CASE NO. C-06-4222 WHA
SV1:\268848\01\5RG001!.DOC\79085.0046

Dated: 4/10/07

TERRY D. GARNETT (Bar No. 151212)
terrygarnett@paulhastings.com
VINCENT K. YIP (Bar No. 170665)
vincentyip@paulhastings.com
PETER J. WIED (Bar No. 198475)
peterweid@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants/Third-Party Plaintiff,
QUANTA COMPUTER, INC., QUANTA STORAGE,
INC., QUANTA COMPUTER USA, INC., AND
QUANTA STORAGE AMERICA, INC.

By: /s/ Peter J. Wied
    Peter J. Wied
Attorney for Defendants/Third-Party Plaintiff
Quanta Computer, Inc., Quanta Storage, Inc., Quanta
Computer USA, Inc., and Quanta Storage America, Inc.

Dated: 4/11/2007

ALAN M. GRIMALDI (admitted *pro hac vice*)
grimaldia@howrey.com
JAMES F. VALENTINE (Bar No. 149269)
valentinej@howrey.com
MATTHEW E. HOCKER (Bar No. 188546)
hockerm@howrey.com
MARILEE C. WANG (Bar No. 232432)
wangm@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Third-Party Defendants,
PHILIPS TAIWAN, LTD., BUSINESS LINE DATA
PHILIPS OPTICAL STORAGE

By: /s/ Alan M. Grimaldi
    Alan M. Grimaldi
Attorney for Third-Party Defendants
Philips Taiwan, Ltd., Business Line Data Philips
Optical Storage

Stipulation and [Proposed] Order Dismissing Quanta's Third-
Party Complaint and The Third-Party Defendants' Counterclaim
and Crossclaimss

4

CASE NO. C-06-4222 WHA
SV1:\268848\01\5RG00!!.DOC\79085.0046

IT IS SO ORDERED.

Dated: April 11, 2007.

_____
William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

Stipulation and [Proposed] Order Dismissing Quanta's Third-Party Complaint and The Third-Party Defendants' Counterclaim and Crossclaimss

5

CASE NO. C-06-4222 WHA
SV1:\268848\01\5RG001!.DOC\79085.0046