[ALL COUNSEL IDENTIFIED ON SIGNATURE PAGES]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR COMPANY OF JAPAN, LTD., | |
| Plaintiff, | Case No. C-06-4222 WHA |
| v. | |
| QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., QUANTA STORAGE AMERICA, INC., | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| Defendants. | |

Plaintiff Victor Company of Japan ("JVC") and Defendants Quanta Storage, Inc. and Quanta Storage America (collectively "QSI") and Quanta Computer, Inc. and Quanta Computer USA, Inc. (collectively "QCI") have entered into a confidential settlement agreement ("Agreement"), which resolves the above-captioned matter. Pursuant to that Agreement, the parties hereby stipulate and agree as follows:

1. JVC's claims against QSI as set forth in its Amended Complaint for Patent Infringement, including all claims against QSI relating to infringement of U.S. Patent Nos. 5,535,008, 5,862,115, and 6,141,491, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as to acts that occurred prior to entry of this order and future acts that occur while the Agreement is in effect. JVC's claims against QCI as set forth in its Amended Complaint for Patent Infringement, including all claims against QCI relating to infringement of U.S. Patent Nos. 5,535,008, 5,862,115, and 6,141,491, are dismissed with prejudice as to acts that occurred prior to entry of this order, and without prejudice as to acts that occur after entry of this order, pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. QSI's Answers and Counterclaims to Amended Complaint, including all claims relating to U.S. Patent Nos. 5,535,008, 5,862,115, and 6,141,491, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

3. QCI's Answers and Counterclaims to Amended Complaint, including all claims relating to U.S. Patent Nos. 5,535,008, 5,862,115, and 6,141,491, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

4. The dismissals referenced in paragraphs 2 and 3 shall not prohibit QSI or QCI from asserting any and all defenses of non-infringement, invalidity, or unenforceability in any future litigation (1) filed by JVC against QSI or QCI, or, (2) with JVC after termination of the Agreement.

5. JVC, QSI, and QCI shall each bear its own costs of suit and attorneys' fees and no party is considered the "prevailing party" within the meaning of Rule 54(d) of the Federal Rules of Civil Procedure.

6. QSI shall comply with Article 4.2 of the Agreement. All parties shall comply with Articles 7.7 and 7.14. This Court shall retain jurisdiction to enforce the provisions set forth in these Articles.

7. This Stipulation shall be made an Order of the Court.

Dated: May 1, 2007

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff,
VICTOR COMPANY OF JAPAN, LTD.

By: */s/ Christopher J. Cox*
Christopher J. Cox
Attorney for Plaintiff,
Victor Company Of Japan, Ltd.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 1, 2007 | Terry D. Garnett (Bar No. 151212) |
| | | terrygarnett@paulhastings.com |
| 3 | | Vincent K. Yip (Bar No. 170665) |
| | | vincentyip@paulhastings.com |
| 4 | | Peter J. Wied (Bar No. 198475) |
| | | peterweid@paulhastings.com |
| 5 | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | | 515 South Flower Street, 25th Floor |
| 6 | | Los Angeles, CA  90071 |
| | | Telephone: (213) 683-6000 |
| 7 | | Facsimile:  (213) 627-0705 |

Attorneys for Defendants/Third-Party Plaintiff,
QUANTA COMPUTER, INC., QUANTA STORAGE, INC., QUANTA COMPUTER USA, INC., AND QUANTA STORAGE AMERICA, INC.

By:   */s/ Terry D. Garnett*
      Terry D. Garnett
   Attorney for Defendants/Third-Party Plaintiff
   Quanta Computer, Inc., Quanta Storage, Inc., Quanta
   Computer USA, Inc., and Quanta Storage America, Inc.

IT IS SO ORDERED.

Dated:  May 2, 2007        _____
                              William H. Alsup
                           United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]